IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA MARSHALL                                              PLAINTIFF

v.                   No. 4:21-cv-1091-DPM

WELLS FARGO & COMPANY;
WELLS FARGO BANK NA; and
DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee
for Vendee Mortgage Trust 1993-1,
United States Department of Veterans
Administration's Guaranteed
Pass-Through Certificate                             DEFENDANTS

ORDER

Marshall's motion, *Doc. 10*, is granted as modified. The Court is working on screening Marshall's complaint and is considering her motions to amend that pleading. The deadline for service is stayed pending the Court's screening decision and ruling on Marshall's pending motions.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 February 2022