IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA MARSHALL                                                              PLAINTIFF

v.                              No. 4:21-cv-1091-DPM

WELLS FARGO & COMPANY;
WELLS FARGO BANK NA; and
DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee
for Vendee Mortgage Trust 1993-1,
United States Department of Veterans
Administration's Guaranteed
Pass-Through Certificate                                                      DEFENDANTS

## JUDGMENT

Marshall's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 May 2022